STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

REHEARING ACTION: December 28, 2016

**Docket Number: 16 00168-CA**

**MICHAEL CARL CLARY, ET UX.**
**VERSUS**
**STATE FARM MUTUAL AUTOMOBILE INS. CO. ETC., ET AL.**

**Appealed from Calcasieu Parish Case No. 2015-2657**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Jimmie C. Peters**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State Farm Mutual Automobile Insurance, et al** has this day

been

    **DENIED.**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gene Haymon, et al** has this day been

    **DENIED.**

cc: Hunter William Lundy, Counsel for the Appellee
   Robert Jefferson David, Jr., Counsel for the Appellant
   Sarah E. Stephens, Counsel for the Appellant
   Jacob C. Credeur, Counsel for the Appellant